1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Silvia Quintero

7

8

9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12  SILVIA QUINTERO,                    ) Case No.: 2:14-cv-03310-DTB
                                        )
13          Plaintiff,                  ) {PROPOSED} ORDER AWARDING
                                        ) EQUAL ACCESS TO JUSTICE ACT
14      vs.                             ) ATTORNEY FEES AND EXPENSES
                                        ) PURSUANT TO 28 U.S.C. § 2412(d)
15  CAROLYN W. COLVIN, Acting           ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,    ) U.S.C. § 1920
16                                      )
            Defendant                   )
17                                      )
    _____ )
18

19        Based upon the parties' Stipulation for the Award and Payment of Equal

20  Access to Justice Act Fees, Costs, and Expenses:

21        IT IS ORDERED that fees and expenses in the amount of $3,950.00 as

22  authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized

23  by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

24  DATE:   November 5, 2015

25                              _____
26                              THE HONORABLE DAVID T. BRISTOW
                                UNITED STATES MAGISTRATE JUDGE

                                       -1-